## LEVI SNYDER *vs.* NORMAN SPURR.

In an action brought by *A*, a judgment in favor of the defendant against *A* and *B* cannot be set off.

ASSUMPSIT. The defendant pleaded the general issue with notice of a set-off, and on the trial to the court, before *Loomis, J.*, offered in evidence a judgment recovered in his favor against the plaintiff and one Henry Snyder, upon which there was due a larger sum than the amount of the plaintiff's demand, and claimed the right to set off so much of the judgment as would satisfy the claim of the plaintiff; to which the plaintiff objected, and the court excluded the evidence and rendered judgment for the plaintiff. The defendant moved for a new trial.

*Granger*, in support of the motion.

*Warner*, contra.

MCCURDY, J. The precise question involved in this case upon a precisely similar state of facts was decided by this court in *Atkins* v. *Churchill*, 19 Conn., 394. It was there held that the set-off could not be allowed. No reason is suggested

for a change, and even if it were proper to re-examine the point, we could have no doubt that the decision was correct.

We do not advise a new trial.

In this opinion the other judges concurred.